In re Strickland, Delmas E. Jr.; Adams, Rita J.; Davis, Judy; Rodriguez, Richard A.; Grow, Larry W.; Crain, Ruth Anne; Bennett, Nora L.; Wagner, Tlitha P.; Guil-lory, Larry V.; Green, Eugenie F.; Strickland, Diane B.; Frindik, JoEllen; Bentiveg-na, Peter J.; Howes, Alden E.; applying *1123 for writ of certiorari and/or review, supervisory and/or Remedial; to the Court of Appeal, First Circuit, Nos. CW88 0521, CW88 0628; Parish of East Baton Rouge, 19th Judicial District Court, Div. “I”, No. 328073.
Granted.